### WILLIAMS *v.* THE STATE.

LUMPKIN, P. J.  There being sufficient evidence to support the verdict, and no complaint that any error was committed by the judge, the refusal to grant a new trial will not be disturbed.

*Judgment affirmed.  All the Justices concurring, except Lewis, J., absent.*

Submitted May 19,—Decided June 4, 1902.

Conviction of shooting at another.  Before Judge Evans.  Washington superior court.  April 2, 1902.

*J. A. Robson,* for plaintiff in error.
*B. T. Rawlings, solicitor-general,* contra.

---

### WRIGHT *v.* THE STATE.

LITTLE, J.  There was no error in overruling the certiorari for the reasons assigned in the petition.  The conviction of the plaintiff in error was fully sustained by the evidence, and the judgment is

*Affirmed.  All the Justices concurring, except Lewis, J., absent.*

Submitted May 19,—Decided June 4, 1902.

Indictment for misdemeanor.  Before Judge Reagan.  Butts superior court.  April 2, 1902.

*Persons & Persons,* for plaintiff in error.
*O. H. B. Bloodworth, solicitor-general,* contra.